## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Department of Corrections,<br>State Correctional Institution<br>at Frackville,<br>                   Petitioner | : : : : : : | **CASES CONSOLIDATED** |
|          v. | : : | No. 1203 C.D. 2020 |
| Ralph E. Lynn<br>(State Civil Service Commission),<br>                   Respondent | : : : | |
| Governor's Office of Administration,<br>                   Petitioner | : : : | |
|          v. | : : | No. 1286 C.D. 2020 |
| Ralph E. Lynn<br>(State Civil Service Commission),<br>                   Respondent | : : : | |

**PER CURIAM**                **O R D E R**

       NOW, March 31, 2022, upon consideration of Intervenor Governor's Office of Administration's application for reconsideration, and Respondent's answer in response thereto, the application is denied.